# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

ABDELKHALEK ELHADIRI,
an individual,

                              Case No.: 6:20-cv-02310-ACC-LRH

    Plaintiff,

v.

ADVANCE AMERICA, CASH ADVANCE
CENTERS OF FLORIDA, LLC
A foreign entity,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

    Plaintiff hereby notifies the Court that Plaintiff and Defendant, ADVANCE AMERICA, CASH ADVANCE CENTERS OF FLORIDA, LLC, have reached a settlement in principle in this action. Upon full execution of a settlement agreement and compliance with all terms set forth therein, this matter will be dismissed, with prejudice.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that the foregoing has been filed via CM/ECF, which will notify Defendant's counsel on this 9th day of February, 2021

                              **SWIFT, ISRINGHAUS & DUBBELD P.A.**

                              /s/ *Jon P. Dubbeld*
                              **Aaron M. Swift, Esq., FBN 0093088**
                              **Jordan T. Isringhaus, Esq., FBN 0091487**
                              **Jon P. Dubbeld, Esq., FBN 105869**
                              **Sean E. McEleney, Esq., FBN 125561**
                              10460 Roosevelt Blvd. North
                              Suite 313

St. Petersburg, FL 33703
Phone: (727) 755-3676
Fax: (727) 255-5332
aswift@swift-law.com
jisringhaus@swift-law.com
jdubbeld@swift-law.com
smceleney@swift-law.com
*Counsel for Plaintiff*