# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

ABDELKHALEK ELHADIRI,            Case No.: 6:20-cv-02310-ACC-LRH
an individual,

    Plaintiff

v.

ADVANCE AMERICA, CASH ADVANCE
CENTERS OF FLORIDA, LLC,
A foreign entity,

    Defendant.
_____/

## JOINT STIPULATION AND MOTION
## FOR ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Abdelkhalek Elhadiri ("Elhadiri") and Defendant, Advance America, Cash Advance Centers of Florida, LLC ("AA" and collectively with Elhadiri, the "Parties") hereby stipulate and agree as follows:

1. The Parties have agreed to a settlement in full of any and all claims that have been asserted or could have been asserted by and between them in this case.

2. As part of their settlement, the Parties have agreed that this case, andall claims therein, shall be dismissed with prejudice.

1

3. As part of the settlement, the Parties agreed that each of the Parties shall bear their own attorneys' fees and costs.

4. As part of the settlement, the Parties have agreed and do hereby stipulate that this action should be dismissed with prejudice.

WHEREFORE, AA and Elhadiri respectfully request that the Courtenter a final Order of Dismissal with Prejudice of this case with each party to bearits own fees and costs, including attorneys' fees, and granting such further consistent relief as this Court deems just and equitable.

DATED: March 12, 2021                    Respectfully submitted,

| /s/ Jon P. Dubbeld | *(signature)* |
|---|---|
| **Jon P. Dubbeld, Esq.** | **David A. Meek II, Esq.** |
| Florida Bar No. 105869 | Florida Bar No. 59314 |
| jdubbeld@swift-law.com | Primary Email: dmeek@losey.law |
| Swift, Isringhaus & Dubbeld P.A. | Secondary Email: docketing@losey.law |
| 10460 Roosevelt Blvd. North | Losey, PLLC |
| Suite 313 | 1420 Edgewater Dr. |
| St. Petersburg, FL 33703 | Orlando, FL 32804 |
| Phone: (727) 755-3676 | Telephone: (407) 491-4842 |
| Fax: (727) 255-5332 | *Attorney for Defendant* |
| *Attorney for Plaintiff* | |

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on March 12, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ David A. Meek II*

**David A. Meek II, Esq.**
Florida Bar No. 59314
Primary Email: dmeek@losey.law
Secondary Email: docketing@losey.law
Losey, PLLC
1420 Edgewater Dr.
Orlando, FL 32804
Telephone: (407) 491-4842
*Attorney for Defendant*